# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Annette and Joseph Gervasio, | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:10-2430 |
| v. | : | (JUDGE MANNION) |
| | : | |
| Chelsea Pocono Finance, LLC, | : | |
| *et. al.* | : | |
| Defendants | : | |

## ORDER

In light of the memorandum entered this date, **IT IS HEREBY ORDERED THAT:**

**1.)** The defendants' motion for summary judgment, (Doc. No. 57), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: October 10, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2010 MEMORANDA\10-2430-01-ORDER.wpd